Joseph R. Manning, Jr. (SBN 223381)
Craig G. Cote (SBN 132885)
Michael J. Manning (SBN 286879)
Tristan P. Jankowski (SBN 290301)
ADAPracticeGroup@manninglawoffice.com
**MANNING LAW, APC**
4667 MacArthur Blvd., Suite 150
Newport Beach, CA 92660
Tel: 949.200.8755
Fax: 866.843.8308

*Attorneys for Plaintiff*
SUZANNE NAPIER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA- SOUTHERN DIVISION

| | |
|---|---|
| SUZANNE NAPIER, an individual, <br><br> Plaintiff, <br><br> v. <br><br> SMART MANAGEMENT & CO., a California Corporation, dba Arby's #215; PETER CHAMIE, TRUSTEE OF THE ALFRED P. CHAMIE REVOCABLE TRUST; ARBY'S RESTAURANT GROUP, INC. a Deleware corporation, and DOES 1-10, inclusive, <br><br> Defendant. | Case No.: 8:17-cv-00786-JVS-JDE <br><br> Hon. James V. Selna <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** <br><br> Complaint Filed: May 3, 2017 <br> Trial Date: None |

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

1
2
**TO THE COURT AND ALL PARTIES:**
3
    Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure,
4
Plaintiff Suzanne Napier ("Plaintiff") requests that this Court enter a dismissal with
5
prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety.  Each
6
party shall bear his or its own costs and attorneys' expenses.
7
8
                                        Respectfully submitted,
9
10
    DATED : August 23, 2017            **MANNING LAW, APC**
11
                                        By: /s/ *Joseph R. Manning, Jr.*
12                                          Joseph R. Manning, Jr.
                                            Attorney for Plaintiff
13                                          SUZANNE NAPIER
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

1

## <u>CERTIFICATE OF SERVICE</u>

2    I certify that on August 23, 2017, I electronically filed the foregoing

3 document with the Clerk of the Court using CM/ECF. I also certify that the

4 foregoing document is being served this day on counsel of record in this action via

5 email transmission and via transmission of Electronic Filing generated by CM/ECF.

6                                                              Respectfully submitted,

7

8 Dated: August 23, 2017                          **MANNING LAW, APC**

9

10

11                                              By:    *<u>/s/ Jospeh R. Manning, Jr., Esq.</u>*
                                                       Joseph R. Manning, Jr., Esq.
12                                                     Attorney for Plaintiff,
                                                       SUZANNE NAPIER
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

NOTICE OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE